**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

|   |   |
|---|---|
| IN RE: ) | |
| ) | CHAPTER 11 |
| CHARLES STREET AFRICAN METHODIST ) | |
| EPISCOPAL CHURCH OF BOSTON, ) | CASE NO. 12-12292 (FJB) |
| ) | |
| Debtor. ) | |

**NOTICE OF APPEAL**

OneUnited Bank, a secured creditor in the above-captioned bankruptcy case, appeals under 28 U.S.C. § 158(a) and Fed. R. Bankr. P. 8001 from the order of Frank J. Bailey, Chief Bankruptcy Judge, denying OneUnited's motion to dismiss, titled Memorandum Decision and Order on Motion of OneUnited Bank to Dismiss Chapter 11 Case (Docket No. 359) (the "Order"), entered in this bankruptcy case on the 11th day of September, 2012.

The names of all parties to the Order and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| | |
|---|---|
| *OneUnited Bank* | *Charles Street African Methodist* |
| Gayle P. Ehrlich, BBO #546861 | *Episcopal Church of Boston* |
| gehrlich@pierceatwood.com | D. Ross Martin (BBO No. 629853) |
| Liam J. Vesely, BBO #549214 | Jonathan B. Lackow (BBO No. 670060) |
| lvesely@pierceatwood.com | William L. Roberts (BBO No. 679735) |
| Lawrence M. Edelman, BBO #151010 | Gregory L. Demers (BBO No. 678669) |
| ledelman@pierceatwood.com | ROPES &GRAY LLP |
| PIERCE ATWOOD LLP | Prudential Tower |
| 100 Summer Street, Suite 2250 | 800 Boylston Street |
| Boston, MA 02110 | Boston, Massachusetts 02199-3600 |
| Telephone:(617) 488-8100 | Tel: (617) 951-7000 |
| Facsimile: (617) 824-2020 | Fax: (617) 951-7050 |

{W3331984.4}

|  |  |
|---|---|
|  | ONEUNITED BANK |
|  | By its attorneys,<br>Pierce Atwood LLP |
| Date:   September 24, 2012 | By: */s/  Gayle P. Ehrlich*<br>Lawrence M. Edelman, BBO #151010<br>ledelman@pierceatwood.com<br>Gayle P. Ehrlich, BBO #546861<br>gehrlich@pierceatwood.com<br>Liam J. Vesely, BBO #549214<br>lvesely@pierceatwood.com<br>Nathaniel D. Bryans, BBO #673242<br>nbryans@pierceatwood.com<br>100 Summer Street, Suite 2250<br>Boston, MA 02110<br>Telephone:  (617) 488-8100<br>Facsimile:   (617) 824-2020 |

{W3331984.4}